UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Andrew PARIS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Marcus POLLARD,<br><br>　　　　　　　　　Defendant. | Case No.: 22-cv-0565-AGS-AHG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS (ECF 8) WITH LEAVE TO AMEND** |

　　　On July 27, 2023, the magistrate judge issued a report and recommendation, urging this Court to grant defendant's motion to dismiss with leave to amend and giving plaintiff Michael Andrew Paris 14 days to object. (*See* ECF 13, at 12–13.) To date, Paris has not objected. The district judge "must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing 18 U.S.C. § 636(b)). Having reviewed the report and recommendation, the Court finds it well reasoned and without any clear error. So, the Court adopts the magistrate judge's recommendation:

1. Defendant's motion to dismiss (ECF 8) is **GRANTED** with leave to amend. The Clerk is directed to close this case.

2. By September 29, 2023, plaintiff may **AMEND** his complaint to address the issues identified in the magistrate judge's report and recommendation. Plaintiff may only amend his complaint to address those issues. Should a timely first amended complaint be filed, the Clerk is directed to reopen this case.

3. Plaintiff's first amended complaint must be complete, without reference to his original pleading. Defendants not named and any claims not re-alleged in the amended complaint will be considered waived. *See* Civ.L.R. 15.1.

4. The Clerk is directed to serve a copy of the magistrate judge's report and recommendation (ECF 13) along with this Order.

Dated:  August 29, 2023

_____
Andrew G. Schopler
United States District Judge